UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTC Financial Inc. dba Trustee Corps,<br>　　　　　　　　　　　　　　Petitioner,<br>v.<br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 1431 SUMMIT DRIVE, CHULA VISTA, CA 91910,<br>　　　　　　　　　　　　　　Respondents. | Case No.: 3:18-cv-02708-DMS-BGS<br><br>**AMENDED** ORDER TO DISBURSE INTERPLEADER FUNDS AND JUDGMENT |

Pursuant to the Amended Stipulated Motion to Distribute Interpleader Funds (Doc. 11) submitted by the United States of America and the California Franchise Tax Board ("FTB"), and for good cause shown, IT IS HEREBY ORDERED that:

　　　1.　　The FTB is entitled to $14,170.20 of the deposited interpleader funds;

　　　2.　　The United States is entitled to the remaining $91,016.57 of the deposited interpleader funds plus any interest that may have accrued on them;

1

3. The Clerk of this Court is hereby authorized and directed to draw checks on the funds deposited in the registry of the court as follows:

 a. In the amount of $14,170.20, payable to the "Franchise Tax Board" and mailed via the United States Postal Service to the Franchise Tax Board at the following address:

> Franchise Tax Board
> Attention: Martha Gehrig
> P.O. Box 1720, Mail Stop: A-260
> Rancho Cordova, CA 95741-1720

 b. In the amount of $91,016.57 (plus any interest that may have accrued), payable to the "Department of Justice" and mailed via the United States Postal Service to the United States at the following address:

> U.S. Dept. of Justice, ATTN TAX FLU
> P.O. Box 310-Ben Franklin Station
> Washington, D.C. 20044-0310

The check to the United States should say "for CMN 2019100224".

4. This order resolves all claims in this case;

5. This order shall be a final judgment as to the claims of the parties to surplus funds after a trustee's sale of the real property located at 1431 Summit Drive, Chula Vista, CA 91910.

IT IS SO ORDERED.

Dated: January 28, 2020

                 _____
                 Hon. Dana M. Sabraw
                 United States District Judge